ORAL ARGUMENT NOT YET SCHEDULED
Nos. 25-1255 & 1268 (consolidated)

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

READING, INTERNATIONAL, INC., *Petitioner*,
v.
SURFACE TRANSPORTATION BOARD and
UNITED STATES OF AMERICA, *Respondents*, and

CITY OF PHILADELPHIA, *Intervenor*

---

**RESPONDENTS' UNOPPOSED JOINT MOTION
TO MODIFY THE BRIEFING SCHEDULE**

Respondents Surface Transportation Board (STB) and the United States of America respectfully request a 28-day extension of the briefing deadlines in case number 25-1268, *Eric Strohmeyer v. STB, et al*. Counsel for STB has consulted with Petitioner Eric Strohmeyer, as well as counsel for Petitioner Reading International, Inc. and Intervenor City of Philadelphia, and none object to the extension of deadlines proposed below.

In support of this motion, Respondents state as follows:

1. On July 6, 2026, this Court granted Strohmeyer's motion for leave to late file his opening brief, directed the Clerk to file Strohmeyer's lodged brief, and established a procedural schedule for the remainder of briefing in case number 25-

1268. Pursuant to the schedule, Respondents' joint brief in response to Strohmeyer's brief is due August 6, 2026.

2. To accommodate a number of planned vacations, and Respondents' need for interagency review and coordination, Respondents respectfully request a 28-day extension of time until September 3, 2026, in which to file their joint brief, as well as a similar extension for the other due dates set forth in the court's July 6 scheduling order.

3. Under Respondents' proposed schedule, the following deadlines will apply:

| | |
|---|---|
| Respondents' Brief in Response to Petitioner Strohmeyer's Brief | September 3, 2026 |
| Intervenor's Brief in Response To Petitioner Strohmeyer's Brief | September 10, 2026 |
| Petitioner Strohmeyer's Reply Brief | October 1, 2026 |

4. No party opposes the relief requested.

Respectfully submitted,


*/s/ Erik G. Light*
ERIK G. LIGHT
Attorney
Surface Transportation Board
395 E Street, S.W.
Washington, D.C. 20423-0001
(202) 919-8988

*/s/ Robert B. Nicholson*
ROBERT B. NICHOLSON
U.S. Department of Justice
Appellate Section – Antitrust Division
950 Pennsylvania Ave.
Room 3224
Washington, D.C. 20530-0001


July 10, 2026

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A), excluding the parts of the document exempted by Fed. R. App. P. 32(f), because it contains 230 words.

2. This motion complies with the typeface and typestyle requirements of Fed. R. App. P. 27(d)(1)(E) because this motion has been prepared in a proportionately spaced typeface using Microsoft Office Word 2016 in 14-point Times New Roman font.

/s/ *Erik G. Light*
ERIK G. LIGHT
Attorney
Office of the Chief Counsel
Surface Transportation Board

Dated: July 10, 2026

## CERTIFICATE OF SERVICE

I, Erik G. Light, hereby certify that on July 10, 2026, I filed the foregoing **Respondents' Unopposed Joint Motion To Modify the Briefing Schedule** through the CM/ECF system, which caused all parties of record to served by electronic means, except that the following party was served by first class mail and email:

Eric. J. Strohmeyer
81 Century Lane
Watchung, NJ 07069
(908) 361-2435
e.strohmeyer@cnjrail.com

July 10, 2026

<u>/s/ Erik G. Light</u>
Counsel for Surface Transportation Board
395 E Street, S.W.
Washington, D.C. 20043
(202) 919-8988
erik.light@stb.gov